Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
1/12/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 2:23-mj-00032-DUTY |
|---|---|---|
| Bryan Steven LEONE  USMS# _____ | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on _____ at ____ ☐ AM ☐ PM

   or

   The defendant was arrested in the __Northern__ District of __California__ on __1/11/2023__ at __10:15__ ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   Possession with intent to distribute methamphetamine   21 U.S.C. §§ 841

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): _____

11. Name: Ronald Saar                    (please print)

12. Office Phone Number: 213-276-3416       13. Agency: DEA

14. Signature: RONALD SAAR  Digitally signed by RONALD SAAR  Date: 2023.01.12 08:23:10 -08'00'    15. Date: 01/11/2023

CR-64 (09/20)                     REPORT COMMENCING CRIMINAL ACTION