**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
**Bryan Steven Leone**
Defendant.

**Southern** Division

Case #: **2:23-MJ-00032**
Initial App. Date: **01/12/2023**
Time: **2:00 PM**

**Complaint & Warrant**
Custody

Date Filed: **01/04/2023**
Violation: **21;841**
CourtSmart/Reporter: **CS 1/12/23**

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Karen E. Scott**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT:  Jazmin Dorado  /  Robert Keenan  /  None
           Deputy Clerk      Assistant U.S. Attorney    Interpreter/Language

- [x] Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and [x] preliminary hearing

- [x] Attorney: Marri B. Derby and [x] Panel, and [x] Appointed
- [x] Contested detention hearing is held.

- [x] Government's request for detention is: **GRANTED.**

- [x] Defendant is ordered: Permanently Detained

- [x] Preliminary Hearing set for January 26, 2022 at 11:30 AM in LA (Roybal)

- [x] PIA set for February 2, 2022 at 11:30 AM in LA (Roybal)..

- [x] Defendant committed to the custody of the U.S. Marshal

- [x] Other: For good cause shown, the Court orders the Complaint be sealed. The appointment of counsel is subject to possible later contribution at the discretion of the District Judge to whom the case is assigned.

- [x] PSA, [x] FINANCIAL, [x] CR-10, [x] READY

Deputy Clerk Initials: JD
00 : 15